IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 24-CR-391 (JDB) |
| JARETT LEWIS | ) | |
| | ) | |

**SUPPLEMENT TO DEFENSE SENTENCING MEMORANDUM**

Jarett Lewis, through undersigned counsel, respectfully files this Supplement to the Defense Sentencing Memorandum filed at ECF No. 32. This Supplement contains a letter of support from Mr. Johnson (Exhibit 11) and Mr. Lewis's letter (Exhibit 12).

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 16th day of June 2025, I caused a copy of the foregoing Supplement to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender